**FILED**

05/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. OP 22-0139

_____

RHONDA LINDQUIST and

OFFICE OF STATE PUBLIC DEFENDER,

    Petitioner,

-vs-                                  **ORDER**

MONTANA THIRTEENTH JUDICIAL

DISTRICT COURT,

    Respondent.

_____

A motion was filed seeking leave for the National Association of Public Defense to file an *Amicus Curiae* brief in this proceeding. Counsel for the parties having no objection, and good cause appearing therefrom,

IT IS HEREBY ORDERED:

1. The National Association of Public Defense may file an *Amicus Curiae* brief.

2. The *Amicus Curiae* brief is due on May 25, 2022.

DATED this _____day of _____ 2022.

_____

CHIEF JUSTICE

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 23 2022